# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER LEE and GAIA RODRIGUEZ,<br><br>v.    PLAINTIFF(S)<br><br>MELROSE INDUSTRIES, PLC; GKN AEROSPACE SERVICES, LTD.; GKN AEROSPACE TRANSPARENCY<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>8:26-cv-01295-JVS-(DFMx)<br><br>**ORDER RE TRANSFER<br>(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

June 9, 2026
_____
Date

Monica Ramirez-Almadani _Monica R. Al___
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:26-cv-01293-MRA-(KESx)  and the present case:

☑ A.    Arise from the same or closely related transactions, happenings or events; or

☑ B.    Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Douglas F. McCormick  to Magistrate Judge  Karen E. Scott  .

On all documents subsequently filed in this case, please substitute the initials  MRA-(KESx)  after the case number in place of the initials of the prior judge, so that the case number will read  8:26-cv-01295-MRA-(KESx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☑ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (06/23)                    ORDER RE TRANSFER (Related Cases)